In the Matter of ALICE MOORE, as Committee of JOHN F. MOORE, an Incompetent Person, Respondent, against CITY OF NEW YORK, Appellant.

Argued November 29, 1950; decided January 11, 1951.

*John P. McGrath, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Nathan S. Blum, Andrew W. Tully* and *Abraham Rubin* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division (see *Matter of Martin* v. *School Bd.* [*Long Beach*], 301 N. Y. 233; *Chavers* v. *City of Mount Vernon*, 301 N. Y. 634). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.